JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DESMOND RONELL PRYER, | ) | NO. CV 23-579-FMO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| BRYAN D. PHILLIPS - WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 30, 2023.

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE